562 U.S. 1026, 131 S. Ct. 504, 178 L. Ed. 2d 407, 2010 U.S. LEXIS 8409.

November 1, 2010. Motion of respondent Robert McMillan for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 600 F.3d 434.

**No. 10-312. La Union Del Pueblo Entero, et al., Petitioners v. Federal Emergency Management Agency.**

562 U.S. 1026, 131 S. Ct. 525, 178 L. Ed. 2d 407, 2010 U.S. LEXIS 8358.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 608 F.3d 217.

**No. 10-419. Mireille N. Torjman, Petitioner v. Federal Bureau of Investigation, et al.**

562 U.S. 1026, 131 S. Ct. 541, 178 L. Ed. 2d 407, 2010 U.S. LEXIS 8360.

November 1, 2010. Petition for writ of certiorari before judgment to the United

States Court of Appeals for the District of Columbia Circuit denied.